IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                          No. CV 10-0681 WJ/GBW
                                             CR 09-2233 WJ

PEDRO CHACON-OCHOA,

    Defendant-Movant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition on March 25, 2011. *Doc. 20.* The proposed findings notify the parties of their ability to file objections and that failure to do so waives appellate review. *See id.* at 19; *see also Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). To date, neither party has filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered. Accordingly, the Proposed Findings and Recommended Disposition of the Magistrate Judge is adopted.

Wherefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 20*) is **ADOPTED**;

**IT IS FURTHER ORDERED** that Petitioner's application for habeas relief pursuant to 28 U.S.C. § 2255 is **DENIED** and his claims are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE